KELSEY v. BRADLEY. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Julia R. Kelsey against William Bradley. No opinion. Motion granted, so far as to permit respondent to move before the trial judge for resettlement of the

case; if he resettles it, application can then be made to this court to correct the record, and the terms upon which such correction should be made can be then considered. Settle order on notice. See, also, 164 App. Div. 934, 149 N. Y. Supp. 1090.